Argued 22 October, decided 17 December, 1907.

## DOUGLAS COUNTY BANK *v.* BLOOMER.

93 Pac. 141.

From Douglas: JAMES W. HAMILTON, Judge.

For appellant there was a brief and an oral argument by *Mr. Albert Abraham.*

For respondent there was a brief over the names of *Mr. William W. Cardwell* and *Mr. James O. Watson,* with an oral argument by *Mr. Cardwell.*

AFFIRMED.

Opinion by MR. COMMISSIONER KING.

This is an action by the Douglas County Bank against defendant to recover $300, with interest, alleged to be due plaintiff on a promissory note, in which the points involved are, in effect, the same as in *Sutherlin* v. *Bloomer* (decided on this date), 50 Or. 398 (93 Pac. 135), except as to the third error there urged.

The judgment of the trial court must accordingly be affirmed.

AFFIRMED.